

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00289-CR

VICTOR CUA, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the County Criminal Court at Law No. 12 of Harris County. (Tr. Ct. No. 1945086).

This case is an appeal from the judgment signed by the trial court on March 9, 2015. After due consideration, the Court **grants** the appellant's motion to dismiss the appeal. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 14, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Bland, and Massengale.